# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| ERIE INSURANCE PROPERTY & CASUALTY CO <br> *Plaintiff* <br> v. <br> CRAIG A. EDMOND, JANET EDMOND, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:09 CV 113 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: purusant to F.R.C.P. 58, clerk is directed to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Irene M. Keeley

By order, Court DECLARES that Erie owes no duty of defense to its insureds in the case of Henry, et al. v. Edmond, et al., No. 08-C-547 (W. Va. 17th Cir.) (dkt. no. 3-1), and DISMISSES this case WITH PREJUDICE.

Date: 03/25/2011

*CLERK OF COURT, Cheryl Riley*

Joyce Musgrave, Deputy Clerk
*Signature of Clerk or Deputy Clerk*